# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TXu 1-985-899**

**Effective Date of Registration:**
April 05, 2016

## Title

    **Title of Work:** Once a Gun Runner . . .

## Completion/Publication

    **Year of Completion:** 2012

## Author

-     **Author:** Efraim Diveroli
    **Author Created:** text
    **Work made for hire:** No
    **Citizen of:** United States
    **Year Born:** 1985

## Copyright Claimant

    **Copyright Claimant:** Incarcerated Entertainment, LLC
    2901 Kensington Trace, Tarpon Springs, FL, 34688, United States
    **Transfer statement:** By written agreement

## Rights and Permissions

    **Organization Name:** Allen, Dyer, Doppelt, Milbrath & Gilchrist P.A.
    **Name:** Allison R. Imber
    **Email:** aimber@addmg.com
    **Telephone:** (407)841-2330
    **Alt. Telephone:** (407)841-2330
    **Address:** 255 South Orange Avenue
    Suite 1401
    Orlando, FL 32801 United States

## Certification

    **Name:** Allison R. Imber
    **Date:** April 05, 2016

**Applicant's Tracking Number:**   0125350



**Registration #:** TXu001985899
**Service Request #:** 1-3274710241

Allen, Dyer, Doppelt, Milbrath & Gilchrist P.A.
Allison R. Imber
255 South Orange Avenue
Suite 1401
Orlando, FL 32801 United States

