# EXHIBIT C



# SIMON & SCHUSTER

1230 Avenue of the Americas
New York, NY 10020
212-698-7153 • Fax: 212-698-7171
Email address: emily.remes@simonandschuster.com

**Emily Remes**
Vice President &
Deputy General Counsel

February 4, 2015

Larry Zerner, Esq.
Law Offices of Larry Zerner
1801 Century Park East
Suite 2400
Los Angeles, CA  90067-2326

Dear Mr. Zerner:

Re:  Arms and the Dudes:  How Three Stoners from Miami Beach Became
     the Most Unlikely Gunrunners in History by Guy Lawson

I write to respond to your letter of October 9, 2014 regarding the above-titled book.  We wanted to allow the author ample time to complete his work on the manuscript and determine with us if your client should be provided with the requested review of the manuscript.  We have agreed that he should not.

We are satisfied that Mr. Lawson's work has been thoroughly researched.  We note that while Mr. Lawson did not interview Mr. Diveroli in person, they spoke on the phone and had extensive email exchanges.  As important, Mr. Lawson had access to multiple other sources to establish the material he is reporting.  (We do recognize that in the process of reporting and writing the book, Mr. Lawson decided that the better presentation was to focus on three individuals, rather than two.  The promotional materials prepared earlier in the editorial process have of course been corrected since.)

The foregoing is not a complete statement of the rights and defenses of Simon & Schuster, Inc. and Guy Lawson, all of which are expressly reserved.

Sincerely,

Emily Remes