EXHIBIT 3

Tuesday, September 20, 2011

Guy Lawson
PO Box 700
Rhinebeck New York
12572

917-817-0597

Hey Efraim-

Excellent to talk last night. I'm very excited about getting started on writing this book. You will find that I am a very, very diligent reporter. Bulldog is another way to describe it. I will do all I can to make sure the truth sees the light of day. Powerful forces are trying to protect themselves, I believe. This kind of story is exactly why I am became a journalist in the first place.

So: enclosed please find a release for your lawyers to enable them to cooperate with me. I've used this same form before. If you sign and return it to me at the above address I can get started with Hy and his folks. Once I get a good working knowledge of the primary material I will be able to ready to tell your story. It is the details that are most telling. I will figure out what the government knew and when they knew it. In the meantime, keep notes/thoughts in as much order as possible. We will meet in person, of course. But email can be excellent too.

I hope you don't mind the typing. My handwriting is pretty terrible. I'm not allowed to send a stamp, I'm afraid. The sooner you sign and return the release the sooner I can get cracking.

Best,

Guy

Ps. I want to send you a copy of my first book (about two NYPD detectives who were hit men for the mafia) but I'm not allowed. Once you're designated I can send it to you at the federal prison by Amazon.