# EXHIBIT 4

Tuesday, September 27, 2011

Guy Lawson
PO Box 700
Rhinebeck NY 12572

917-817-0597


Efraim-

I spoke to the NYPD detective I mentioned the other day. He was with the Major Case squad and is a seriously connected and smart detective. His advice was to hire Benjamin Branfman. He was the lawyer for Dominic Strauss-Kahn, to give you some idea. In case you didn't follow the case closely, DSK (as he's known in France) was the head of the International Monetary Fund, making one of the most powerful people on earth. He was in New York a couple of months ago when he had a sexual "encounter" with a maid at a five star hotel. The maid said he'd raped her. It was pretty much impossible to imagine that DSK had "seduced" her—the dude is in his sixties and nobody's idea of attractive. It was all over the press. Totally obvious that DSK was going down for rape.

Then he hired Branfman. It was incredible to watch. Within a couple of weeks, DSK walked. My cop friend says Branfman was able to get pull at the highest reaches of government. Branfman has also represented P. Diddy and Jay Z, among many others.

There's no guarantee that he will take your case. But I can get a meeting with him, or one of his very senior partners. It will cost an absolute fortune, I'm sure. But my cop friend (who I wrote a book about) says he's the best.

I honestly believe that Hy is a great lawyer. I had an excellent conversation with him and he makes extremely good points about what exculpatory evidence might be out there and how it might impact your guilty plea. There is a relatively slim chance of success—in getting the record unsealed in the first place, and then in having that evidence result in your conviction being overturned.

But I'm sure you know all that. You asked me to get a recommendation for a lawyer. Branfman is your best bet. It would require me calling in a bunch of favors to get a meeting. I guess it would be down to me to explain the case. If you want, I'm perfectly willing to do that. In return, I hope you will sign that release for Hy and the others so that I can start to read through the documents they created (I don't know what they have—but after talking to Hy I'm sure it will be very helpful). I would also ask that you tell me your story as soon as possible. I'm going to come to Miami as soon as you're assigned (if that's where it is). But we can get started before then.

A really good way to begin would be for you to lay out in writing the story in your own words. Start from the day you set up AEY, if you'd like. Or start with the day you saw the Afghanistan solicitation. Just throw everything down you can think of. Highlights I'm really interested in:

1. Heinrich Thomet. How did you meet? What does he look like? Specific scenes of you dealing with him. Obviously actual dialogue is best. All color is helpful too.

2. Ralph Merrill. How you met and got into business together.

3. Albania. All of the mobster stuff…

I'll end with that. There's a ton more, of course.

Let me know what you'd like to do. I can totally understand wanting to take every step possible to fight this case. I think you were treated terribly—and I believe that I am going to be able unearth evidence to show that. If you can let Hy help me, and maybe even get Branfman on board, it can only help your case—and my book.

Yours,