EXHIBIT 5

Monday October 25, 2011

guy@guylawson.com
917-817-0597

Efraim-

I haven't heard from you so I don't know if my earlier letters are getting through. If you would call me, or send me an email, or a letter, it would be very good. I have begun reporting the book and I have had a very promising start. There's a journalist in Albania who has many documents related to American Embassy in Tirana and what they knew about the weapons. He is going to translate them for me. Many are from within the Albanian government. So I'm hoping that there will be new information. I will let you know as soon as I know.

I've also been able to get the transcript of an interview Ralph's lawyers did with Colonel Larry Harrison, the military attache inside the Albanian Ministry of Defense. Harrison makes it clear that the Americans in Albania knew the ammo AEY was shipping was Chinese from the very start. I am going to try to see if he will talk to me. I will let you know how that progresses.

It occurs to me that perhaps you would like to know what I'm after for my book. The main thing, at least for now, is what is called "color" in my business. When you were sentenced you talked about "the good times" you had with AEY. That's what I'd love to write about. Why you went into the arms business. What your early experiences were like. What you were thinking as you learned (and mastered) the trade. That's a huge part of what I hope to accomplish. I want readers to get to know you….

I will end by saying that this book is definitely going to be written. I believe it will be much better if you're involved. I am happy to discuss ground rules and etc with you. I am happy to do all I can to make this a positivie experience for you. But I would hate delays to make it impossible for you to participate.

More news to follow. I am trying my best to get to the bottom of this.

Guy