EXHIBIT 6

ED Story Part 1—childhood

I was kicked out of Hebrew Academy in miami beach when I was in 9th grade after being in the school for less then 3 months, I had been dying to go to this school for years , my parents had kept me in a mor religious boys only hebrew school called toras chaim from preschool -middleschool , and going to HA was a dream come true for me at the time. I started off doing well in HA until there was a school trip for a sabbath weekend called "Shabbaton" in Jacksonville , FL. Where I got caught smoking grass out of a 5$ metal pipe with my best childhood friend Jonathan Berney. It was only my 3rd time smoking I THINK, WHAT A SHMUCK I AM ALWAYS GETTING CAUGHT WHEN I DO SOMETHING WRONG !!!! LOL

So the school kicks me out and my parents send me to the local public school beach high where all i do is skip class and smoke alot of weed daily until I finally drop out after getting strait F'sss.  Then my folks decide to send me to a special school in Baltimore for troubled jewish kids, that doesnt do much but Im there for 6 months and had a great time.

Finally my mom says why dont you go work for your uncle her brother BK in los angeles he has a police supply company called botach tactical (still in existence, check em out on the web). I start ther when Im about 15 and he puts me straight into the warehouse with a bunch of philipinos and mexicans. Well within months Im learning the ropes of the biz which mainly consists of servicing individual officers, agents and police departments by shipping everything from guns and ammo to boots and flashlights right to there front door via UPS etc.... Im also spending hours a day in my uncles walk in vaults (the place used to be a bank), full of machine guns, silencers and everything in between. Before my 16th birthday Im addicted to business, THE GUN BUSINESS. By now ive got my own office in my uncles company and have a few mexican workers of my own (whom i became pretty close with and liked very much) pulling and packing the constant stream of of phone and internet orders I am bringing into the company. Im not just selling my uncles products but mainly products I have sourced and purchased on my own utilizing his funds and licenses, I used to make deals with police departments for them to come trade ther obsolete weapons or weapons they confiscated from criminals (how freakin ironic huh) for a fraction of there actual value which we ended paying them in our own products anyway. Im veryactive on the online gunboards subguns.com and

sturmghver.gom , where at the time I enjoyed a very good repuation as an honest and aggressive buyer and seller of weapons, munitions and there accesories, (after my arrest in 2008 this repuation on the boards was forever tarnished and although it had no financial consequences for me at that point, it bothered me for some strange reason, weird its like I actually gave a shit about what those gun nuts all over the4 country i never met thought about me). Its here also at Botach that I start getting my first taste of US government contracting and perusing the website where the Government solicits all of its requirements fedbizopps.gov , at that point I realize this is something big something much bigger then I ever anticipated or even hoped for and I want a piece of it. So I start bidding/preparing to bid some govt contracts there working for my uncle as a matter of fact I thought we had a nice arrangment on all my sales/deals no salary and i think 40/60 split on the profit with of course "big jew" my uncle getting the lions share which I had absolutely no problem with, especially cause I was producing, by my estimation in about 18 months since I got serious about doing deals over there my uncle owed me like $150k based on the profit sharing formula he proposed. There was however tension between me and my uncle mainly due to things I was doing outside the office like smoking weed and not keeping kosher, jewish sabbath etc.... Finally i tell him to leave me alone and keep biz and personal seperate but he was looking for a punching bag at the time over some other shit he had going on with his father my grandfather and I geuss  he thought i was a convenient target, WELL HE WAS WRONG . Sensing there was real trouble coming I demand payment or at least partial payment of the monies he has owed me for the last 2 years and keeps delaying giving me for a million different reasons, mainly cause he was a terrible businessman who had no idea how to keep any $ in the bank and not to mention he was dishonest as the day is long. I tell him I am willing to accept $70 k for the $150k + he owes me and call it a day and have a formal contract going forward if were gonna continue to work together, he tells me to go fuck myself and within 48 hours I am on a plane back to Miami to start AEY, (i just dont know it yet) ...... TBC