# EXHIBIT 7

Actually, I forgot to mention that I met Ralph back in LA when I was 16 years old, I had purchased some .50 Machine Gun ammunition from a company called CENTURY aRMS AND ahad it sitting in my uncles warehouse, I was cold calling a bunch of people and had a hard time getting rid of it so i called Vector ARMS AND SPOKE TO the owner Ralph Merrill, who said for whatever low price I offered him (which i cant remember) , " sure ill take 10,000 rounds" and that was that. Then I kinda remember offering him afew things in between which he declined and we wouldnt talk again until late 2004-2005......

So I arrive back in Miami and Im hell bent on starting my own company and getting my own Federal Firearms license, so ill never have to take shit from a tyrant asshole unappreciative uncle or anybody again. Problem is Im only 17-18 at this point and you need to be 21 to have your own FFL, so i beg my dad to sell me AEY just so I could have an active corporation and so he could co sign and he finally does ! within 90 days I have an FFL and immediately start loading up a 125 sq ft office (which is actually my dads) on miami beach with  guns of all kind including my own personal collection of machine guns. While this is all going on im everyday/all day doing what I did for BOTACH in LA scouring the internet brokering ammo/firearm shipments all over the US, acting as a middleman between dealers buying guns, parts accesories  etc...... but all small stuff, in fact at this point I dont got a penny over $30,000 , which I literally scraped up working so far in Miami on my own in about 3-4 months. Doesnt sound bad for a kid but you gotta understand Im paying my own rent, gas, car insurance, weed habit, booze and a 17 year old first love, jewish girlfriend rivka isnt expensive (but not free either) and all the while I am trying to expand my new business.For the most part Im working and living out of a 200 sq ft room in back of some kids  (I used to get high with back in the day) parents house and sharing it with a friend of mine at that, eating at chicken kitchen was fine dining for me at the time. I start cruising fedbizopps.gov lookibng for guns and ammo deals with ther Government, and i stumble upon a solicitation to supply 900,000 rounds of .223 55gr ball ammo to the United States of America Special Operations Command or better known as "USASOC", The contract officer was named Jerry (something cant remember last name which is a shame cause I kinda built a repour with the guy over a couple of years and severl contracts, mightve been "Miller") and he sort of explained to me some of the ground rules on making an offer to the Government, that basically this was NOT exactly the same as company to company transacations. In any event I bid the contract based on a quotation of about $105 per 1,000 rounds from a company out of Kentucky and marked it up to $119.00 per 1,000 and offered it to USASOC. Three days later Jerry called and said you got it kid !

Up until that point it was the most exciting and scariest moment of my life all wrapped up in one, one one hand I had just secured my first contract with DOD on the other I had no fucking idea in the world how I was gonna fullfill it, but that sure as hell wouldnt stop me from trying. I called the company in Kentucky and after a whole big mess (I am not gonna get into) it did NOT work out with them. So now not only did I NOT have enough $ to finance the project I did NOT have any PRODUCT to supply. I began frantically calling every ammo company in the US, pulling off marathon 18-20 runs in the office for a week straight, finally of all places I spoke to an ammunition manufacturer named American Ammunition in Hialeah, FL (now defunct and an Odd name considering there was NOT much american about these guys), I had several conversations with the owner who struck me as a shady cuban dude in his 60's. We haggled about price and delivery and finally we got to the point where we were close enough to schedule a meeting, I brought my dad along as I was gonna need him to finance the majority of this venture and so we went...I ended up striking a deal for $110 per 1,000 plus shipping , shipping was about $4 per 1,000 which left me with a measly profit of $5 per 1,000 or $4500 for the transaction , I of course did not have the $99,000 to finance so I borrowed $70,000 from my dad, as the shady cuban dude demanded a cashiers check for the full amount before he shipped anything, which even then he was questioning the authenticity of as if he gets counterfeit Bank of America cashiers checks regularly ..... TO BE CONTINUED