EXHIBIT 8

Diveroli—First Contracts to Thomet

OK, so I delivered the ammunition from american ammunition to the US ARMY SPECIAL OPS COMMAND in Fort bragg, NC. At this time I was 17 or 18 but in any case I was very much emboldened by this experience, it was the largest single delivery of ammunition I had ever made, and I certainly felt that I was past the point of return there was no going back, I was meant to do this shit and thats what Im gonna do ! My problem was I wanted to do bigger deals yet I was still very loq on operating $, so I spent a number of days wondering how I would get the min $50-$100 k i would need to actually move forward here, so I started using some of the contacts I developed in LA and many new ones I madem in Miami and began brokering domestic ammo, guns, parts and accesories deals between US persons and companies , on a very frequent basis. I mean I would buy say $100k worth of ammo from a company in New york with 50k down and 50k on net30 terms, and turn it into three $40k shipments going to Arizona, Louisiana and fuckin Texas !! not to many 18 year old can make $20k in a week legitimately and consistently, but I did. Meanwhile Im still on and off with this Rivka chick but mostly on , this girls weird and probably bisexual , which I thought was kool at first, but believe me it never paid off. Even

though im making good $ at this point I AM SO CHEAP, i mean i wouldnt spend anything !!! i mean im jewish and all but this was even worse, i geuss i realized i needed to save my $ in order to accumulate alot of it and be a more serious contender in the business I was in and emerging into.  My dad was always that way too and I geuss it rubbed off onto me as I spent a decent amount of time with him, technically sharing his office and all. I mean I WAS RIDICULOUS, wearing hand me down clothes that were too big for me driving a used Daewoo Laganza (or some shit like that), that I bought for $5k, looking back I was a money hungry kid devoid of any style or class and believe me it showed and weighed on my relationship with Rivka who thought she was some sort of artsy little JAP, anyway we were NOT good for each other, sex was rare and generally unsatisfying , so being that she was my first real girlfriensm I really didnt know much in the way of bedroom ediquette and wooing the ladies at this point in my life and believe me I WOULDNT HAVE IF IT HIT ME IN THE FACE, i mean I was so enthralled in my business nothing else mattered at 18. My second love was drugs and alchohol, I mean I luved to get high , i couldnt enjoy life sober , forget about it, I would wake up to a joint or preferably a bong/glass pipe, I would smoke one for lunch, I would drink and snort cocain in the evening. My buddies would all get high too but me ever the extremist would usually

do the most for the longest. Rivka hated that shit, other than a little weed we she smoked with me every once in a while and a few drinks, she despised me always being on something which included weed, ecstasy, cocaine, mesacaline, ketamine, halluconegenic mushrooms and probably some other shit i cant remember. Not to mention i tend to make an ass outta myself when im on that stuff, which only enraged her even more. Finally she couldnt take it anymore and we had our first break up. Finally, things come to a head when im out drinkin with my one of my close buddies at the time john, who tells me rivka cheated on me, so in a drunken stuper i drive over to her house, park right on her lawn and start slamming on her bedroom window demanding she come outside. Then her mom comes out and begs and threatens me to leave stating "im gonna call the cops" and in a matter of minutes its all over, 18 month relationship gone forever.  Meanwhile business is picking up fassstttt i mean i got contracts both domestic and foreign with the US ARMY, my first contract over a million was for 10,000 bulletproof helmets, which i sold, delivered to the army in Iraq for i believe $125 a piece, I sourced them through a company in South Korea for $110 delivered, which left a profit of approximately $15 a helmet or $150,000 for the whole contract, they were to be delivered in 3 shipments, the only problem was that I did NOT at the time have the $300,000 neccesary to get

this thing off the ground andI didn no where to find it, I called a few sources in the gun business, most werent interested and the one who was wanted so much there would be nothing for me, i mean literally nothing, in despair I decided to reach outside my active circle and call Ralph, after a 3 minute pitch, he agreed to take a look , so i emailed him the contract and the next day a partnership was born. We agreed to go 50/50 on the dela , ralph got his half for taking all the financial risk and i got my half for finding the deal the supplier and managing the delivery and all administration associated with the paperwork and payment. Smooth as a babys ass !!! and ralph immediately said he was interested in much more business, particularly where the US government the customer, so i started bidding govt contracts with him in mind and not long after that in 2005 i had my sights on a big upcoming Iraq bid for weapons and munitions, which I knew 100% I would need Ralph for, not only for $ but also supply, you see this bid required prices for enormous quantities of a wide range Nato and soviet style weapons and munitions , many of which i had never even heard of let alone dealt with, but I wasnt about to throw in the towel. I asked Ralph if he knew anybody who could help, and he said he did, he said there was a swiss gentlemen by the name of henri who had sold him uzi parts and other weapon parts/accesories in the past, they had a good working reationship,

and had met several times. So at the beggining ralph just forwarded the email request for quote to henri directly and i had no direct contact, henri quoted aggresively on the project and between his quotes and my own sources we put in what we believed to be a very competitive offer. Then about a month after we submitted our bid, I got the email that we won !!! we were awardeda $51,000,000 IDIQ contract to supply the Iraqi forces through a US ARMY FMS contract. There was one major caviat however, the ARMY had awarded the same damn contract to 4 other companies, you see the US ARMY had decided to stick it in us at the last minute, and instead of awarding everything to a single company in one shot , they would do what is called a "mini compete", where the 5 most competitive companies (ares being the most of course) would now have to bid for actual delivery orders under the multimillion dollar contracts they were just awarded. Which meant in essence, that other than a small initial order of no more than $500k to each company, all we had really won was an exclusive invitation to keep smashing each other in another round of bidding, before any of us can realize the multimillion dollar order and profits we had all just celebrated. The companies involved were Taos, Blaine intl , DLS, AEY and I can remember the last one. (The signifiganceof naming them you will see later.) AEY started winning all of the mini competes, and finally when it came to

delivering 912 PKM machine guns, Ralph couldnt take me calling him at all hours to be the conduit between me and henri, and he just said fuck it (of course he didnt actually say that) and gave me henris number (which i rememebr to this day by heart but will not tell you, you probably have it anyway , your a sneaky SOB guy :)

she was bland hair, blue eyes, lierally 4'11 not even 5 ft , 100 lbs max, jewish nose , pretty but not that pretty

your 100% right and that competitor was blaine international and the government used that ridiculous info, which they must have know was factually impossible, as the affidavit in support of there search warrant.

sneaky, that was a little too much , i think peristent and relentless would better define you, which I admire as I am the same way.

regarding the afghan stuff thats great and please advise me of anything concrete you get , I mean the right proof of govt knowledge (which we know exists, somewhere) could be a game changer which we cannot ignore.

However please try to persuade merrill again that the "literal truth defense" is certainly in his interest, i mean guy im a realist these days (or at least i think i am), Ive had legal proffesors look at this thing and tell me its solid with 11th cir precident, Lenard is gonna be hard pressed to rule against it esppecially considering her and the Government are already boxed into having stipulated to the underlying facts supporting the legal theory. Even if Merrill needs another attorney to do it on the side it wont be expensive and wont change anything thats already happening and gonna happen in the 11th cir.

Please advise