EXHIBIT 10

Message

| From: | guy lawson [guy@guylawson.com] |
| Sent: | 4/1/2014 4:16:48 PM |
| To: | Avigail Diveroli [avimiami@yahoo.com] |
| Subject: | Questions For Efraim |

Hi Avi-

Please find attached the questions I'd like to ask Efraim.

Hope to hear from you soon!

All best,

Guy


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012906

Guy Lawson Questions for Efraim Diveroli:

These are the main ones. I'd like to reserve the right to follow up!

**Iraq Contracts**

The government portrayed you and AEY as regularly shipping substandard product and using bait-and-switch tactics. What's your reply? Was AEY worse than your competitors?

What was the story with the shipment of Berettas? The Congressional inquiry had testimony that you said there was a hurricane in Miami. But emails and Ralph indicate that there really was a storm—only it was in Italy. Can you walk me through this from La Scala to how Thomet failed to deliver…

**State Department Watch List**

Did you know you were on it?

When you were stopped at the airport did you know why? Can you describe the scene?

**Bidding Process for Afghan Contract**

Walk me through your strategy for bidding on this deal? What was Packouz's role in sourcing the ammo?

**Winning the Afghan Contract**

How did it feel? Worried another mini-compete like the Iraq deal?

Fun times?!

When did you figure out that Avivi and Thomet had fucked up on airfreight prices?

DWT_00012907

**"Chinese"**

Where were you when you heard?

Did you actually get legal advice on the "Chinese" issue? If so, from whom and what did the lawyer say?

What did Thomet say when you told him it was Chinese? I have contracts that show he knew from the beginning the ammo was Chinese…

Certificate of Conformance: how did it feel to sign it? Nervous?

**Thomet**

What was he like?

Why did he lie to you?

Dangerous?

**Going to Albania**

What did you think of the place?

What was Trebicka like?

His "girls." Describe how they looked, talked, and how the nights went

The meeting with Delijorgi and Berisha's son:

Who told you it was Berisha's son? Kosta? What did he say?

Did they threaten you?

Did you try to get Kosta back on the contract, or was the conversation about price and getting Thomet out of the deal?

Did you suspect Thomet was paying a kickback to Pinari/Medihu?

Meeting with US officials in Albania—please describe the scene and what was said. Did the China issue get raised?

Trebicka's call abou the "mafia" and it going too high. What were your thoughts?

**Performing**

What did it feel like after the repackaging was underway and the Army was accepting the ammo in Kabul? Must have felt great…

Did the repackaging go better with Delijorgi than Trebicka?

Were you still hunting for new deals during the summer?

**Substances and Girls**

How bad was the drinking and drugging getting? In your own words….

How were you getting along with Jamie?

**David Packouz**

What did you think of him?

Worried that he would be a competitor?

Were you going to settle? He says it was because he threatened to go to the IRS…

**The Raid and Blane**

Where were you? Were you worried?

When did you find out Blane was behind the raid?

Did you know you were on the State Watch List? Why?


**Trouble**

When did you know you were maybe in serious trouble?

Did you know Packouz was cooperating?

What about the fact that the Army was still accepting the repacked AK?


**The New York Times**

Did you ever talk to Chivers or just Schmitt? How did the conversation go? Alex seems to think he was pissed at you.

What did you think of the article? This is really your chance to talk back to the New York Times!

Like the photo on the front page. Please be expansive here. The more detail the better!

What impact did the story have on your case? Prosecuted for being in the NY Times?


**Guilty Plea**

Why?


**Second Arrest**

What happened?

"Once a gunrunner always a gunrunner" quote—What did you mean by that?

Overall Impression

Let loose on what you think of the whole case, your sentence, and how the government handled this matter. Did it hurt the war effort in Afghanistan, you think?