# EXHIBIT 11

Message
---

**From:** guy lawson [guy@guylawson.com]
**Sent:** 4/23/2014 2:24:47 PM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Re: Efraim?

Hi Avi-

I am in touch with Ralph's lawyer and he said he'd look for the transcript. But he's preparing for a jury trial so he's snowed under. I have all the transcripts so I will look myself today. I have a couple of ideas for key search words to use. Hopefully I will turn up the right document.

I'm disappointed to hear that the lawyers still say to wait. It's always easy for lawyers to say no--but it's very frustrating because I really believe Efraim should have his say in the book. It's a chance to speak back to investigators and prosecutors, as well the New York Times.

I will check with my publisher today about timing, but we are rapidly approaching the time when it won't be possible to include Efraim's point of view.

Can I speak to the lawyers directly? Did they give a sense of when he might be able to talk? What's the time horizon for Efraim's appeals?

Back to you soon.

Thanks.

Best,

Guy


On Wed, Apr 23, 2014 at 8:55 AM, Avigail Diveroli <avimiami@yahoo.com> wrote:
Hey sorry for the late response it was Passover and it just ended last night. I saw Efraim and spoke to his lawyers briefly and they advised me to still hold off for the meantime, but of course I will keep you posted. Also can you please email me the transcripts. I would appreciate that.

Thank you

Sent from my iPhone

On Apr 22, 2014, at 1:57 PM, guy lawson <guy@guylawson.com> wrote:

> Hi Avi-
>
> I believe you met with the lawyers and Efraim. I wonder if there's any word? I just wrote to Efraim now, too.
>
> Hope this finds you well.
>
> All best,
>
> Guy

DWT_00012921

--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012921