EXHIBIT 12

Message
---

**From:** guy lawson [guy@guylawson.com]
**Sent:** 5/1/2014 1:01:16 AM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Emails from Efraim

Hi Avi-

Below please find a string of emails between Efraim and I regarding the book. He asked that I forward them, so you can send to the lawyers.

This is all verbatim. It's in reverse chronological order--so reading should start at the bottom....

Thanks!

Best,

Guy

<<duly noted sir, that probably helps, please forward this whole email chain to my sister so she can forward to the appropriate persons as I no longer have the ability on this system.
-----Lawson, Guy on 4/30/2014 6:21 PM wrote:

>

Hey Efraim-

It will be published a year from now--April 2015.. There are huge lead times in publishing. So that's the date--it was decided just the other day (not by me, I should add--the publisher decides that).

Really hope this can work out!!

Guy

EFRAIM DIVEROLI on 4/30/2014 11:50:18 AM wrote
Thanks Guy, I forwarded this info to them and will revert, they followed up by asking when you expect your book to actually be available for sale to the piblic bookstores/online ?  My thinking is that there biggest concern is actually the timing of when any information I provide would be disseminated. Efraim
-----Lawson, Guy on 4/29/2014 10:36 PM wrote:

>

Hey Efraim-

The publisher is Simon & Schuster--one of the greatest publishers in the world. My editor is Jonathan Karp. He worked on the Steve Jobs biography written by Walter Isaacson, Bob Woodward's books, Seabiscuit, Arnold "the Terminator"'s bio, and on and on and on. He's basically a young big star in the business.. People are amazed by what he achieved at such a young age--you can maybe relate...

So, yes, this is the real deal.

And man, do I want you to speak truth to power!

I won't get too excited. You know me by know: a bulldog. But, hopefully, not a dummy. Just think it's time for the truth to come out--and for folks in power to finally answer for themselves....

Guy

EFRAIM DIVEROLI on 4/29/2014 8:08:04 PM wrote
Hello Guy,

Hope all is well with you.

One of my attorney asked who your publisher is ? I told him that I thought you had once mentioned Simon and Schuster, but I wasnt sure, so I thought I would ask.

Please dont get carried away, as this was just a simple question from them (probably to verify that your dealing with a reputable publisher), I cannot definitevly say whether or not this emans there going to let me say something. As always I will keep you posted.

Regards,
Efraim
-----Lawson, Guy on 4/25/2014 6:21 PM wrote:

>

Hey Efraim-

I'm happy to help. I hope the testimony does some good.

I understand and respect your situation. I'm just hopeful and persistent--as you know!

At the very, very least, let's try to find a way for you to share your views on the New York Times story. That would be an awesome opportunity that shouldn't be passed up!!

I'll check in again next week.

Best,

Guy

EFRAIM DIVEROLI on 4/24/2014 6:06:51 PM wrote
Guy,

Thank you very much for the info, and I am meeting with the attorneys tommorow night, I will raise this issue again and get back to you ASAP.

You have to understand that these guys are working day in day out to fix my problems on both the civil and criminal side, I simply cant go against there advice and undermine those efforts. With that said let me see what I can do, I have already approached this from several angles, icnluding my sister etc.. so you cant say I didnt try.

Best,
Efraim
-----Lawson, Guy on 4/24/2014 11:36 AM wrote:

>

Hey Efraim-

You likely heard this from Avi, but in case not I found the testimony from Ralph's trial where the government's own expert testified that the AK ammo worked well. She has the transcript.

I also spoke with Ralph's lawyer y/day. He did the cross examination that elicited the above evidence. He remembers at the trial there were dozens of slides of the ammo entered as exhibits and that all the rounds were "pristine."

You got to talk back to the powers that be, man! The whole case is a travesty.

I've asked Avi to persist with the lawyers and I'm asking you too. There's probably only a few weeks left to make that happen...

Guy

EFRAIM DIVEROLI on 4/22/2014 5:53:36 PM wrote
nothing new Guy, I apologize, despite my best efforts, I have been unable to persuade these guys just yet. They keep insisting that I "would be crazy to say a fucking word" with the 2255, related civil case, and other business matters/litigation still pending..... I will keep you posted as all matters are truly nearing there conclusion.
-----Lawson, Guy on 4/22/2014 3:06 PM wrote:

>

Hey Efraim-

Any word?

Look forward to hearing more!

Guy

EFRAIM DIVEROLI on 4/17/2014 11:12:50 AM wrote
Guy,

Nothing new, I know my sister approached the attorneys on this, Il be seeing them tommorow and her sunday, so ill let you know something first of the week.

Regards,
Efraim
-----Lawson, Guy on 4/17/2014 12:06 AM wrote:

>

Hey Efraim-

Would love to hear from you! I wrote to Avi, and asked after details, and I haven't heard back. Very eager to hear how things are going.

Best,

Guy

--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012901