# EXHIBIT 13

Message

| | |
|---|---|
| From: | guy lawson [guy@guylawson.com] |
| Sent: | 5/9/2014 2:51:37 PM |
| To: | Avigail Diveroli [avimiami@yahoo.com] |
| Subject: | Re: Efraim and the lawyers |

Thanks!

Would so love to have Efraim directly replying to the New York Times!!

Guy


On Fri, May 9, 2014 at 10:46 AM, Avigail Diveroli <avimiami@yahoo.com> wrote:
Thanks. I will pass it along.

On Friday, May 9, 2014 9:43 AM, guy lawson <guy@guylawson.com> wrote:
Hi Avi-

Below is an email I sent to Efraim yesterday. He asked me to forward it to you so you can share it with his lawyer(s). He says he's meeting with them tomorrow. I'm basically asking if he can comment on a couple of things that can't possibly impact his legal case.

I REALLY hope the lawyer can see that it's high time Efraim got a chance to confront the people who "framed" the entire story/case--as if it was ever about the quality of the ammo he was supplying--which it totally bogus...

Thanks for you help.

The email:

<<
Hey Efraim-

I would love to get you in to the book at a couple of critical moments, neither of which could possibly have any impact on your legal situation.

1. Albania--your trip, your impressions, the scene with the gangsters. I have Alex's take, and it's great. But you have the best POV.

2. The NYT--man, you gots to let rip on this score. It can't possibly hurt you legally. And this is a big chance to directly reply to the Times. Not many people get that opportunity.

Can you please--pretty pretty please--ask your lawyers about that. I know it's easy and safe for them to say no. But it's also crazy in this context, I believe.

Let me know!

Guy>>


--

(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

--

(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.