EXHIBIT 14

Message

**From:** guy lawson [guy@guylawson.com]
**Sent:** 5/28/2014 12:04:52 AM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Efraim

Hi Avi-

I sent a note to Efraim today that he's asked to have forwarded to his lawyers. I have copied it below, verbatim. One big thing to note is that Chris Chivers of the Times is talking to me this week about his article about Efraim. So Chivers is going to have the chance to comment/correct his article--and if Efraim won't? That seems totally crazy and unfair to me. Totally, totally...

Please let the lawyers know that the time is now--I've been waiting for nearly two years, so this isn't sudden.

Here's my note, in reply to Efraim saying that he was still waiting for approval from his lawyers:

<<Hey Efraim-

The thing is that the book has got to go through a legal edit and a copy edit, in order to continue the process. This really is the moment to strike--or very, very soon. I'm now having a back and forth with Chris Chivers of the Times about his reporting [on the AEY story]. I'm not sure what he's going to say, of course. But it seems crazy that everyone gets to talk about things like the Times reporting on AEY and you--except you?!!

I understand lawyer's caution, but this is boiling down to a decision time. Let me make a couple of things really clear:

1. Even though the time crunch is now, the book will not publish until next April. That's just the way the business works.

2. You can limit the subject matter that you address, to ensure you don't harm any appeals or outstanding legal cases.

3. I'm happy to run things by your lawyers so they're okay, if that would make this easier for you.

Just this morning I received an email from my editor asking where things stand with you. I'm trying to play for more time, but that's not going to work for very much longer.

For the sake of the truth, please speak out!!!!

Best,

Guy>>


Thanks, Avi.

Best,

Guy
--
(c) Guy Lawson

DWT_00012932

website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012932