EXHIBIT 15

Message

| | |
|---|---|
| **From**: | guy lawson [guy@guylawson.com] |
| **Sent**: | 5/31/2014 3:35:15 PM |
| **To**: | Avigail Diveroli [avimiami@yahoo.com] |
| **Subject**: | Email to Efraim |

Hi Avi-

He wants you cc'd on our emails so, here goes:

<<Hey Efraim-

I'll make sure Avi's fully in the loop.

I will also send along what I hear from Chivers. He told me that he's been in touch with the New York Times's general counsel regarding my questions--which is clearly a sign that he knows this is a serious matter.

As for my questions to him, I basically asked if he did any reporting about quality, by actually talking to the soldiers in the field and at 22 Bunkers. I said that there were no quality issues reported anywhere. Then I asked if the ammo in the photo on the front page was "Albanian" or Bulgarian (and if he took the picture). I asked if he reported on shortages as a result of AEY's contract being terminated (as you know, I found the LTC in Kabul who told me directly about the "critical" shortages the "investigation" caused). Then I asked if he reported on how the DFARs deliberately circumvented State's watch list to enable the Pentagon to use companies like AEY to buy from known gunrunners like Thomet and Bout.

Chivers seemed taken aback that there could be so many flaws in a major front page story. You will hear what he has to say.

I really think it's time, Efraim. I can't imagine a time and way that you can do more to change the whole freaking narrative. 60 Minutes exclusive? National television to talk back to Mentavlos and the AUSAs? Are you kidding me??!! How often does that come along? I can tell you--freaking never. This is a golden opportunity to tell the truth. I really hope you take it!!!!

Now I"ll copy this email and send it to Avi.

This could be big fun, I think. And long overdue.

Hope to hear soon.

Best,

Guy>>


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.