EXHIBIT 16

Message

**From:** Avigail Diveroli [avimiami@yahoo.com]
**Sent:** 6/6/2014 5:04:33 PM
**To:** guy lawson [guy@guylawson.com]
**Subject:** Re: Email

Thanks!

Sent from my iPhone

On Jun 6, 2014, at 9:22 AM, guy lawson <guy@guylawson.com> wrote:

> Hi Avi-
>
> This is what I just sent to Efraim:
>
> <<Hey Efraim-
>
> I have forwarded the emails verbatim, including this one. I also told Avi (and through her the lawyers) that Chivers went ballistic. But I have multiple sources to prove that the "Chinese" AK-47 ammo was serviceable without qualification. I also interviewed Nick Wood, Chivers's former colleague at the New York Times who went to Albania and confronted Medihu about AEY's contract and corruption. I also interviewed Gary Kokolari, who was the Albanian-American Kosta went to and who then went to Chivers. So I have multiple, MULTIPLE ways of covering Chivers's reporting.
>
> The last piece--the piece de resistance!!--is you.
>
> I"m going to call my editor now to see what the drop dead date for the manuscript is. How long until you and the lawyers can get to a decision? Monday? Then how long would it take for us to pick up the story and get rolling??
>
> More soon.
>
> Guy>>
>
>
> On Fri, Jun 6, 2014 at 12:17 PM, guy lawson <guy@guylawson.com> wrote:
> Hi Avi-
>
> Here's the latest between Efraim and I. I'm going to talk to my editor about "drop dead" timing for the manuscript
>
> You and the lawyers should know that Chivers went ballistic--and who knows what's coming next. But I'm not going to change a word of the book--pointing on in very specific detail that the AK-47 ammo from Albania was good quality and serviceable without qualification. I have multiple sources to prove that fact.
>
> This really is the time for Efraim to finally speak out!!!
>
> I'll call later.

DWT_00012940

Guy

-----Lawson, Guy on 6/5/2014 9:51 PM wrote:

>

I sent the email to Avi. No word back. Anything at your end??

I'm going to have to submit the manuscript shortly--and it can't be without you!!!

G

From Efraim:

yes, she got the other emails, please forward her this one as well i literally want the attorneys to see this. Plus im meeting with the over the weekend so i will push. What is the drop dead date for the manuscript submission ? please include that when you forward this to my sister. thanks

On Thu, Jun 5, 2014 at 11:56 PM, Avigail Diveroli <avimiami@yahoo.com> wrote:
Guy ,

I apologize for missing your calls, but it was a Jewish holiday Shavous and I don't use my phone during the holiday. I will discuss this with Efraim and feel free to call me tomorrow.

Thank you

Sent from my iPhone

On Jun 4, 2014, at 12:41 PM, guy lawson <guy@guylawson.com> wrote:

> Hi Avi-
>
> I left you a message. This is the email I sent to Efraim. He wants it to get to his lawyers IMMEDIATELY.
>
> <<
> Efraim-
>
> He wrote to me this morning, an incredible bullying email telling me exactly how things are going to go--like he's in charge of my book, the facts, reality.
>
> He's enlisted the general counsel from the Times. He has told me (threatened, really) that he's going to go directly to my editor about factual errors and etc in my book. LIke the picture of the ammo on the front page. And quality. And shortages. I gave him the chance to reply and he's gone to war. The only way to fight back is to do just that--fight back!
>
> This is throw down time.

I will fight to the fucking death for the truth, my book, and the need to reveal exactly how wrong so many people were and are about what happened.

I need you in the trenches with me. I mean for real. For the book. For 60 Minutes. This moment was always going to arrive, I guess. But it is here now. I would like--I really need--to be able to tell my publisher that you are going to stand up for the truth--and tell the truth.

Otherwise, Chivers is going to try to run me over, along with the book, and the truth--and you know what that feels like. I have no doubt at all that he'll fight dirty, too.

I called Avi. I will explain to her when she calls back. The publisher might be inclined to be less than brave about this, especially since they published a book by Chivers a couple of years ago and he's quite powerful inside the Times. This makes it all the more important that you speak up!!

Now is the time!!

Get back to me.

Guy>>


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.