EXHIBIT 17

Message

| | |
|---|---|
| From: | guy lawson [guy@guylawson.com] |
| Sent: | 6/10/2014 4:24:23 PM |
| To: | Avigail Diveroli [avimiami@yahoo.com] |
| Subject: | Message from Guy Lawson |

Hi Avi-

Below is the email I just sent Efraim regarding my conversation with my editor this morning. I think it explains itself. Basically, we have until Friday to figure out if Efraim is going to speak.

I really hope this happens!!

Best,

Guy

<<Hey Efraim-

Just off the phone with my editor. She says that the longest I/we can take is until the end of the month. But that means having the material ready to be reviewed by Simon & Schuster's lawyers. So that really means we need to figure this out by the end of the week, so that we'd have enough time to get the process rolling and have thoughtful additions to the book, with enough time for me to write and my editor to review the changes.

Does that make sense? Basically, can you get to a decision with your lawyers by Friday?

Here are the subjects that I'd love for your voice to be heard on. There must be others where you have strong feelings, so I'm totally open to that too. But a short list:

1. Your trip to Albania. Thoughts, impressions, scenes, dialogue. I have Alex's version of events, as well as stuff from Kosta's point of view and some internal emails from the embassy there I managed to obtain (I'm persistent, eh). But your voice would really add color and nuance.

2. The New York Times. Please, oh, please, hold forth....

3. The investigation of AEY--how it started, how it was conducted, and etc...

4. Quality--what kind of rounds were you shipping.

5. Shortages--that resulted from AEY's contract being terminated.

I'll stop there. And I'll copy this email and send it to Avi immediately.

The main thing is that we'll need some time for a productive back and forth if this is going to be included in the book.

I know there are legal issues that you need to be careful about. But I believe there are significant benefits to you speaking out.

I would finally say that the publicity team is ready to go to 60 Minutes and other national news magazine shows--but once again they have long lead times and will need to have read the book and know what you're willing to talk about.

Avi tells me that putting pressure on the lawyers could have the opposite to the desired impact. I take her at her word. But this is just the reality of how publishing works.

Please let me know your thoughts. I have to get back to my editor by Friday.

Best,

Guy>>

--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.