EXHIBIT 18

**Message**

---

**From:** guy lawson [guy@guylawson.com]
**Sent:** 6/10/2014 8:21:01 PM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Emails today with Efraim

Hi Avi-

Below please find further emails with Efraim. He mentions that getting you all of my emails from Efraim would be helpful. I sent them a while ago, but will resend now.

Thanks for all your assistance. Efraim deserves for the truth to be told, and I appreciate your help, as I know he does too.

Best,

Guy

From Efraim:

<<Guy,

Understoood, I hope you forwarded this whole thing to avi, so she can get it to the attorneys. You have nothing to worry about with her, she is actually your best advocate as she has been zealously supporting me and wants the the record set straight, as much as anyone.

The 60 minutes thing is especially interesting (and/or concerning). What kind of story are they trying to do ?

Do you think they would look to interview me ? who else ?

You see these are all the little details I need to give my guys, I think part of this is that they think your holding back to some degree and that were going to get burned which could be very bad for certain things that are going on right now, where as whats the direct upside of talking ? As you know I have remained silent thus far.

Im going to push HARD, have you maintained copies of ALL correspondances weve had in the past few years ? If I needed you too, could you email/fedex them to my attorneys office in Miami ? dont spend the time yet, let me see if it has a real chance of making a difference, but this is one thing they have mentioned which is they want to know "exactly what Ive said, and exactly what is out there..."

Efraim>>

From me:

<<Hey Efraim-

Avi's been very responsive, so I'm very pleased about that. Yes, I sent her the email from earlier today. I will send her this one, too. She is also in possession of EVERY email between us, I sent those emails a while back. I'll check my emails and resend them, too. I can print and Fedex them to the lawyers, no sweat.

The 60 Minutes thing would be something the publisher would try to put together. Yes, they would want to interview you. Hopefully you'll be out by then! The book is set to publish in April 2015, so that's when the segment would air. It might be difficult to get 60 Minutes (they're picky) but I'm sure we can get a major

national network to cover the story, especially if you'll talk. That would be another great chance to set the record straight!!

As for holding back and your lawyers concerns, let me say that I obviously have interviewed everyone involved who would talk (no one in the goverment would talk on the record--surprise, surprise, though I met with some off the record). That includes Packouz, Podrizki, Ralph, Kosta's various connections here and in Albania, as well as Nick Wood of the New York Times. I am also in possession of a lot of documents that certain folks would prefer never saw the light of the day, so to speak. So of course there are going to be things in the book that others say about AEY and you and and what happened, some of which I'm sure you're going to disagree with.

But this is in writing and for the record: On the main points of the case/story, I am writing that you and AEY were essentially framed--first by a fishing expedition investigation by the DCIS, then by the New York Times. There is no evidence of issues related to the quality of the rounds AEY shipped. Stopping the shipments caused "critical" shortages in Afghanistan. The whole case is a load BS that illustrates why America lost the wars in Iraq and Afghanistan. That's what the book has to say. You were essentially slandered by a competitor (Blane) and then investigated until the DCIS found a crime, and then indicted for appearing on the front page of the New York Times and making the government look ridiculous.

The book is going to hold a lot of people accountable--Mentavlos, Chivers, the Pentagon, Justice, State. I want you to have your say and to set the freaking record straight. Just this week, I got a call from a radio producer who had the idea you and Packouz had caused innocent people to die. That's the horseshit impression a bad prosecution and a misleading Times article have created. You can help create a counter narrative.

Or put it this way: You'll have your bones to pick with the book (who wouldn't), but I am confident that this can and will change the way you are perceived--and so it should.

I can't speak to the various legal matters you're still pursuing but I will work openly with your lawyers to do all I can to ensure there's no jeopardy attached.

I'm sending this to Avi now. I'm bracing for the fight to come. Chivers will no doubt do all he can to hurt the book and me. Likewise with the government. But you know what: the Truth wants to come out. Now is the time.

Best,

Guy>>


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.