EXHIBIT 19

Message

| | |
|---|---|
| **From:** | guy lawson [guy@guylawson.com] |
| **Sent:** | 6/10/2014 9:12:05 PM |
| **To:** | Avigail Diveroli [avimiami@yahoo.com] |
| **Subject:** | Fwd: Efraim's Emails |

As promised, this is all the email correspondence from Efraim, so the lawyers can know exactly what he's already told me.

Thanks again!

Best,

Guy

---------- Forwarded message ----------
From: **guy lawson** <guy@guylawson.com>
Date: Mon, Mar 31, 2014 at 1:09 PM
Subject: Efraim's Emails
To: Avigail Diveroli <avimiami@yahoo.com>

Hi Avi-

Attached please find the emails from Efraim. As you'll see, we were going through his story in chronological order and we were getting near the time when he won the Afghanistan contract. I believe Todd told him to stop talking to me, and so he did--at least while his appeals were still pending.

I haven't changed any of the words--these emails are directly copied from Corrlinks and turned into a single document for ease of reference. There were four substantial emails.

If you think it might help, I would be very happy to talk to his lawyers directly. As I mentioned, I am more than willing to give a written undertaking to not publish anything he says from here on unless and until his appeals are exhausted. The book will be published in February of 2015, it would seem, but because of long lead times in the book industry it is important to get started on this as soon as possible.

As I've said to Efraim, I believe that one of the biggest injustices in this case is how the various people with power behaved and they have not been held to account at all. This includes AUSA Fernandez, SA Mentavlos, and the New York Times.

I have spoken directly with the soldiers who were working on AEY's contract at 22 Bunkers in Kabul and they've described in detail the fight to keep AEY's contract going and the severe shortages that resulted when Efraim's contract was cancelled. I have also reported extensively on the fact that there were no claims regarding the quality of AEY's ammo.

As you likely know, this entire case was built on a lie about Efraim (Blane) and the Pentagon's deliberate decision to use private contractors like AEY to do its "dirty work" in places like Albania. That's the story I'm telling. I really hope Efraim will speak truth to power--and not let them continue to make him the silent fall guy.

I also think it would be fun. As you'll see he was enjoying writing these emails--and his personality is so fun and energetic and smart!

DWT_00012874

My cell is 917-817-0597. Please contact me with any questions or concerns.

Best,

Guy


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.



--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012874