EXHIBIT 20

Message

**From:** guy lawson [guy@guylawson.com]
**Sent:** 6/16/2014 1:44:03 PM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** From Efraim

Hi Avi-

Below, our latest exchange. I'm afraid time is up--or very nearly up. Maybe a day or two more, but otherwise the publishing process will be underway and it then becomes very difficult to change the text.

Still hoping, but worried.

Best,

Guy

From Efraim:

<<Guy,

While we discussed this at length friday night, they refused to give me the greenlight, but they certainly didnt give me a categorical "no" either. They said they would take the time this week to really evaluate the pros and cons of you interviewing me and most importantly to ensure that "it is my best interest, in all regards..."

Stand by.

Anything new on your end ?

Could you buy more time, if that is what we need ?

Happy Fathers Day !>>

From me:

<<Hey Efraim-

Thanks for the kind wishes. I had a very nice father's day.

Sorry to hear about the lawyers. Not to be critical, but man this is dragging along...

Truth is, I don't think there's any more time left--at least not any substantial amount of time. The book has to go through the legal and copy edits (that's the fine detailed edit). It will then go into "production"--being typeset, made into galleys, and then off to the printer. There are long lead times in the publishing industry, so these things have to happen months and months before the book "publishes" (hits stores).

I talked to my editor about this possibility last week. The best that can happen now, if the lawyers don't come up with the greenlight in the next day or two, is to hope that you will participate in a way that I can add things as the production process goes along. This is obviously very difficult because it means having to consult the publisher's lawyers with every change and addition (they will have done the legal review). So not ideal--and actually really very hard, practically speaking. I will move heaven and earth, but if we don't get started pretty much right away I can't make any promises--except my very best efforts.

There are some practical questions that perhaps you can help with in the meantime. For example: Chris Chivers has been very, very angry and accusative about the allegation that the photograph that appeared on the front page of the NYTimes wasn't Chinese/Albanian ammo, but in fact had been sourced from Bulgaria. I have had this confirmed by multiple sources, including two of Ralph's lawyers, Hy Shapiro, Packouz, Podrizki, Ralph, and etc. But I would love to hear your version of the basis of this photograph. It can be off the record. I know the publisher's lawyers are going to ask for confirmation. Chivers literally cc'd the General Counsel of the Times on the email he sent to me about this--and it was a very angry defensive, and threatening email. So I need to be buttoned down tight. How do you know it was Bulgarian ammo, not Albanian/Chinese? Again, to repeat, this can be totally off the record and purely for fact checking purposes.

If Chivers got this "wrong," as I believe, it really casts the entire article in a questionable light. I believe this is totally in your interests to get right.

I have to say I'm disappointed, overall. I understand and I'll make my peace with this. But I think your lawyers are denying you a golden opportunity to speak truth to power. I've laid out all the reasons, so I won't go over them again. I will also repeat that no matter what happens, I am convinced you were treated extremely badly in all of this--by the Army, Justice, the Times. Just disgraceful. And that is the message the book will carry, no matter what.

Hope to hear from you soon (I'll copy and send this to Avi). Please do help me with the photograph. It's a big deal in the book, if only because it's an example of some pretty terrible journalism.

Best,

Guy


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.