EXHIBIT 21

Message

**From:** guy lawson [guy@guylawson.com]
**Sent:** 6/24/2014 3:16:12 PM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Email to Efraim

Hi Avi-

I sent him this note today. It kills me that this is dragging on and the lawyers aren't making a decision... Whatever else is said, holding people like the New York Times accountable seems just incredibly important. I can't believe this chance might pass by...

Guy

<<Hey Efraim-

Did you get to talk to the lawyers?

Alex wrote to say that the only "proof" he knows about the photo of the ammo that appeared in the Times is an email from one of AEY's employees writing about the "shit" ammo that had been sent to Afghanistan--not from Albania but from Bulgaria.

That is shaping up to be a big issue for the book. Chivers has his knife drawn over that one--claims that I don't know where the photo was taken, or who took it, or ever where the ammo in the photo came from. All of which is maybe true. I would hate to have to take this question out of the book. But I need to be able to be sure that it's true that the ammo wasn't "Albanian" in origin....

I hope you can see why this is important.

Best,

Guy>>


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.