EXHIBIT 22

Message
___

| | |
|---|---|
| From: | guy lawson [guy@guylawson.com] |
| Sent: | 6/25/2014 5:11:09 PM |
| To: | Avigail Diveroli [avimiami@yahoo.com] |
| Subject: | Email to Efraim Regarding the Times ammo photograph |

Hi Avi-

I just sent this:

<<Hey Efraim-

So I'm killing myself trying to figure out how to keep in the book the part about the ammo that appeared in the Times was Bulgarian, not Albanian--and how misleading that image was.

I can't imagine how confirming that fact could hurt any of your legal proceedings. Really, I can't figure why the Times and Chivers shouldn't be held accountable for their reporting!??!!

The simplest solution is for you to tell me that it wasn't Albanian. I can "quote" you regarding that fact--or simply attribute the insight to you.

I would simply write: "The photograph of the ammo in the Times wasn't from Albania, Diveroli could see: the picture was a sample from the small amount of Bulgarian ammo AEY had shipped to Afghanistan--ammo the Army had rejected."

I then go on to say how the Bulgarian ammo represented 30,000 rounds out of 113 million, or .0002%.

How on earth could confirming that hurt you in any way????

Can you agree to that much?

I still want to talk the whole story over, as you know. But I really REALLY don't want to have to lose this fact/truth because the publisher's lawyer demands that I have a source to state that it wasn't Albanian.

Another solution would be to ask Avi to send me the string of emails from AEY/You/Wachtel to Rosen in Bulgaria about the "shit" ammo, after you'd received a photo from the Army. I believe but don't know for sure it was the same image that ran in the Times.

I'm sending this email to Avi now. Let me know what to do. Please, let's get the truth out there!! This is a very simple, effective solution, I think...

Best,
Guy>>

--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012881