EXHIBIT 23

Message

**From:** guy lawson [guy@guylawson.com]
**Sent:** 6/26/2014 3:50:54 AM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Another email to Efraim

Hi Avi-

The latest, from Efraim:

Guy,

I understand your point, but frankly the instructions from my attorneys were clear to categorically avoid answering ANY questions related to my business/case at this time, and I refuse to go against that advice in any way. I pay these attorneys too much and I have been locked up too long to simply ignore the advice I am being given, I hope you can appreciate this.

With that said you are NOT free to quote me on ANYTHING at this time, as I have made no comments thus far.

I will continue trying to see what is possible though and get back to you.

Regards,
Efraim

And from me:

Hey Efraim-

I would never quote you on anything without your consent, of course. I'm just trying to find a way to not lose the contention that the ammo that appeared on the front page of the New York Times wasn't Albanian/"Chinese" ammo, as the article very strongly implied.

You want that bullshit to stand???

There are ways to work this out, I hope. My intentions are good. I want to tell the truth and to hold the Times and many others (Mentavlos and etc) accountable.

If you're not going to talk, as seems more and more likely, just tell me. I still hope that you will, but I'm losing hope.

I can see how you wouldn't see any benefit to talking.

But really? i mean, really? Chivers goes clean? Mentavlos?

What the f--k??

I believe there's a huge upside to the truth coming out.

At the end of the day, this is your call--not the lawyers.

No one on the earth has spent more time and energy telling your story than I have. I've told you, in writing and on the record, the essence of the story I want to tell. This is crunch time.

Do you really want the bullshit, the half truths, and the injustice to go on without your answer?

And, yes, I'm sending this to Avi now.

Time is running out, for real.

Guy


--
(c) Guy Lawson
website: [guylawson.com](http://guylawson.com)
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.