EXHIBIT 24

Message
___

**From:** guy lawson [guy@guylawson.com]
**Sent:** 6/30/2014 6:41:58 PM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Re: Efraim Update?

Hi Avi-

Just sent Efraim the note below. I'm very pleased that I've been able to confirm independently that the picture in the Times wasn't of Albanian/Chinese ammo!

<<Hi Efraim-

Whatever else you can say about me, I am persistent--like you!!!

I have obtained proof that the photo in the Times was NOT Albanian/Chinese ammo. My source is unassailable. The ammo the Times put on the front page was shipped in late February of 2008, supposedly part of a load of 1 million rounds that weren't issued (and were rejected?).

This would be the Bulgarian ammo Rosen sent???

Simple yes/no would be good.

This is a big relief for the book. I can confidently say that the Times/Chivers ran a very, very misleading image on the front page, implying that the ammo was representative of what AEY was shipping--when there were no complaints about quality.

This was huge to me, as a journalist, because Chivers has refused to answer the question and I felt sure was going to use any doubt as a way to attack me and the book.

So I've been able to find an independent source for this!

I remain extremely interested in talking to you. I don't know what's happening at the publisher's end. I'm kind of hiding from them to play for as much time for you/us as possible. So I'm not asking now!

Please do let me know where things stand. I will copy and send this to Avi now. She tells me you two are going to talk soon.

Best,

Guy>>


On Mon, Jun 30, 2014 at 1:45 PM, Avigail Diveroli <avimiami@yahoo.com> wrote:
Hi let me talk with Efraim and get back to you.



On Monday, June 30, 2014 1:15 PM, guy lawson <guy@guylawson.com> wrote:

Hi Avi-

I don't want to nag him, or you--but I wonder if there's any further word, or idea when there might be?

As you know, I'm really trying my best to tell Efraim's story--and to get the facts right.

Best,

Guy


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.