# EXHIBIT 25

Message

**From:** guy lawson [guy@guylawson.com]
**Sent:** 8/6/2014 11:23:27 PM
**To:** Avigail Diveroli [avimiami@yahoo.com]
**Subject:** Re: Latest to Efraim

Thanks, Avi.

Efraim sent me this today:

<<My release is most certainly pending and I could be in a halfway house within a couple of weeks if not shortly thereafter, however that doesnt automatically mean my legal situation has changed per se, and now I can suddenly spill the beans, this still ABSOLUTELY requires the blessing of my counsel, the only difference is that they may be more inclined to give that blessing at this juncture. Stay Tuned,>>

I replied:

Understood, Efraim. Regardless, I hope you're the hell out of there ASAP.

Is there anything I tell Ralph that might help his situation? I know he's looking for solutions himself.

Obviously I hope we'll be able to talk!

So I'll stay tuned.

Sending this to Avi now.

Guy


On Wed, Aug 6, 2014 at 4:29 PM, Avigail Diveroli <avimiami@yahoo.com> wrote:
Hi Hopefully Efraim will be out soon, not exactly sure when though.

Sent from my iPhone

On Aug 6, 2014, at 12:40 PM, guy lawson <guy@guylawson.com> wrote:

> Hi Avi-
>
> Below a note I just sent him. Hope there's good news. If you could give me any update, or even a guess about what's going on, I would really appreciate it.
>
> Best,
>
> Guy
>
> <<Hey Efraim-
>
> So I'm hoping you've got good news to share--and that your release really is pending!
>
> Please let me know. I've asked Avi for an update but I didn't hear back. I"ll check with her again now (and copy her on this email).

DWT_00012956

As you know, I'm on deadline--but very keen to be in touch.

Best,

Guy>>

--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012956