EXHIBIT 26

| | |
|---|---|
| **Message** | |
| **From**: | guy lawson [guy@guylawson.com] |
| **Sent**: | 8/11/2014 8:46:31 PM |
| **To**: | Avigail Diveroli [avimiami@yahoo.com] |
| **Subject**: | Note to Efraim |

Hi Avi-

Here's the latest. He and I had a back and forth about Ralph that I can also send along (it doesn't seem that relevant).

The note below is in response to this from Efraim:

<<BTW, I had a question for you (if your able to disclose at this time), what are you thinking the title of the book will be ? what is the general theme, in a nutshell ? I think I already know but I wanted it in your words again as I have been asked to prvoide this info from my attorneys, in response to your request to interview me.>

I wrote this:

<<Hey Efraim-

I've written to Ralph and will follow up with him. God, I hope he gets out too.

The title is Arms and the Dudes. The publisher is Simon & Schuster. The general them is telling the story of you got so freaking great at FedBizOpps, won the Afghan deal, and then did the repack--until you were stopped by the DCIS.

I follow Alex (and later you) to Albania and have a lot of material from Kosta.

I show how Blane's false report about you triggered Mentavlos's fishing expedition (that's literally what I call it) and the raid on AEY's HQ.

I report on Chivers's piece in the Times and how there was NO EVIDENCE EVER of any quality issues, apart from a tiny amount of Bulgarian surplus ammo.

I also reveal the "severe" shortages that resulted when AEY's contract was killed.

Those are the main points. Lots of other stuff, of course, from Ralph and Alex and Packouz--plus others.

I'm just aching to get your voice in there more!! On some critical stuff.

For example:

Quality and the Times

Your adventure to Albania

Thomet and the "China" issue

I can go into a lot more detail, obviously, but that's the general overview.

I'll send this to Avi now.

Very excited that you're nearly out!

Best,

Guy>>


--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.

DWT_00012892