EXHIBIT 27

Message

| | |
|---|---|
| **From:** | guy lawson [guy@guylawson.com] |
| **Sent:** | 8/18/2014 4:30:33 PM |
| **To:** | Avigail Diveroli [avimiami@yahoo.com] |
| **Subject:** | Email to Efraim |

Hi Avi-

Hope you're well!

This is what I just sent to Efraim:

<<Hey Efraim-

Hope this finds you well--and getting nearer to release!!

So the book is going to be copyedited now. That means an editor reads it very carefully for any mistakes in spelling, grammar, or meaning. It's a fairly advanced step in the publishing process. It will get more difficult to add stuff once the book has been copy edited because Simon & Schuster outsource this job and they're not keen on paying extra for revisions and additions. But it can be overcome--or at least I can make it happen!!!

Because time is so tight, I wonder if we can work on a list of things you might comment on for the book. This would give you the chance to think about your answers--and ever right them down. So that when you and your lawyers agree that it's okay for you to talk, we'll be prepared.

Just a suggestion. I've sent along variations of this kind of idea before, so I'm sure this isn't a surprise.

Here's a preliminary list (kind of off the top of my head) of what I think is most important for you to weigh in on:

1. Why didn't you tell the Army about the "Chinese" ammo and try to find a solution with them?

2. Why didn't you hire a big time lawyer or lobbyist right away? Time pressures too much?

3. Did you ever contemplate trying to reach Rumsfeld or someone political to get help for what was really a political problem?

4. I would LOVE to take the trip to Albania through your eyes--what the country looked like, Kosta and what he was like, Alex and how he acted. Included in this would be the meetings with the PM's son and Delijorgji, as well as Newsome and Myev in the Sheraton. That would be so freaking fantastic to have I can't tell you. I've got Alex's recollections, of course, and lots of emails from the gov't side, as well as Kosta's take, via a statement he wrote to Congress. But not you!!!!!

5. I'd love your take on Packouz--as a way to reply to his take on you. I suspect this might be hard legally, but just a request.

6. Mentavlos's raid: what did you think? where were you? did they try to question you? what did you say? You must have lawyered up around this time, I'm sure...

7. Did the Army try to keep you shipping, even after it knew it was Chinese? I know they did--but i'd love your recollections about that. I'm talking about the Albanian AK here, not the larger contract.

8. The New York Times--unload on this, man!!!! I'm talking about the reporting and etc.

9. Your reaction to the cancellation of the entire shipment. Did you know there would be shortages? I'd love a detailed explanation with your take on how the gov't was hurting itself.

10. Guilty plea--why??

11. Quality--I'd love your take. On the AK-47, but all of it.

12. The picture on the front page of the Times--was it Bulgarian ammo? You have proof???

I'll stop there. I feel like I could go on forever, as you know!

Sending this to Avi.

Let me know what's happening!

Guy>>

--
(c) Guy Lawson
website: guylawson.com
cell: 917-817-0597

Warning: No part of this communication may be reproduced or paraphrased in any medium without express permission.